UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 221 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JEREMIAH UNARTEL, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Jeremiah Unartel, which was referred to the Magistrate Judge with the consent of the parties.

On April 1, 2021, the government filed a four count Indictment, charging Defendant Jeremiah Unartel with Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21 U.S.C. § 846; Possession with Intent to Distribute a Controlled Substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); Distribution of a Controlled Substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and Title 18 U.S.C. § 2; and Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Defendant was arraigned on April 9, 2021, and entered a plea of not guilty to Counts 1-4 of the Indictment, before Magistrate Judge William H. Baughman, Jr. On February 11, 2022, Magistrate Judge Amanda M. Knapp received Defendant's plea of guilty to Counts 1-4 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after

it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Jeremiah Unartel is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jeremiah Unartel is adjudged guilty to Counts 1-4 of the Indictment, in violation of Title 21 U.S.C. § 846, Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and Title 18 U.S.C. § 2. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 6, 2022, at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 14, 2022