UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:21 CR 221-01 |
| ) | |
| Plaintiff ) | |
| ) | JUDGE SOLOMON OLIVER, JR. |
| v. ) | |
| ) | |
| JEREMIAH UNARTEL, ) | |
| ) | |
| Defendant ) | **ORDER** |

    This matter was before the court on April 16, 2025 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Jeremiah Unartel was present and represented by Assistant Federal Public Defender Darin Thompson. The United States was represented by Assistant United States Attorney Marc Bullard. The Pretrial Services and Probation Office was represented by Colin Boone. The court reporter was Lance Boardman. Defendant admitted to supervised release violations at the April 8, 2025 hearing before Magistrate Judge Greenberg, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Unartel in violation of the terms of his supervised release.

    IT IS ORDERED that Defendant's term of supervised release shall continue, with the same terms and conditions as previously imposed, with the added conditions that Defendant

enter and successfully complete an in-patient residential drug treatment program at Silver Maple for a period of at least 30 days, followed by entry into the sober living community. Defendant shall also complete the mental health evaluation and treatment condition of his supervised release while in sober living.

Finally, Defendant requested that the court order that he be provided Suboxone. Provided that federal authorities have an existing prescription for Suboxone for Mr. Unartel, but have not provided it while awaiting court approval, the court will grant such facility permission to provide him with the medication.

Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 17, 2025