UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21 CR 221 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| JEREMIAH UNARTEL, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on August 4, 2026 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Jeremiah Unartel was present and represented by Assistant Federal Public Defender Edward Bryan. The United States was represented by Assistant United States Attorney Marc Bullard. The Pretrial Services and Probation Office was represented by Anna Newman. The court reporter was George Staiduhar. Defendant admitted to the supervised release violations in the report dated January 12, 2026 at the July 13, 2026 hearing before Magistrate Judge James E. Grimes, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record. Further, a Supplemental Supervision Report was filed on July 29, 2026 that advised of an additional New Law Violation, to which Mr. Unartel admitted to at the hearing on the open record. The court finds Mr. Unartel in violation of the terms

1

of his supervised release as stated on the open record.

IT IS ORDERED that Defendant's supervised release is revoked. Defendant is committed to 3 months custody of the Bureau of Prisons, with credit for time served from July 13, 2026. No period of supervised release shall follow in this case.  Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 4, 2026